In the Matter of ALBERT BECKLEY, Appellant, against BERNE A. PYRKE, Commissioner of Farms and Markets of the State of New York, Respondent.

*Cattle — Department of Farms and Markets — compensation for slaughtered tubercular bull.*

*Matter of Beckley* v. *Pyrke*, 218 App. Div. 352, affirmed.

(Argued March 29, 1927; decided May 3, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 15, 1927, which affirmed an order of Special Term denying a motion for a peremptory order of mandamus and confirmed the determination of the Commissioner of Farms and Markets of the State of New York awarding compensation for a tubercular bull, slaughtered by the State, upon the basis that it was a "grade" animal rather than "pure bred" as claimed by appellant.

*Greenleaf S. Van Gorder* for appellant.

*Albert Ottinger*, Attorney-General (*Henry S. Manley* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.